JOHN V. HAGEMAN, PLAINTIFF IN ERROR, v. NORTH JERSEY STREET RAILWAY COMPANY, DEFENDANT IN ERROR.

Argued December 13, 1907—Decided March 2, 1908.

On error to the Supreme Court, whose opinion is reported in 45 *Vroom* 279.

For the plaintiff in error, *Albert C. Pedrick.*

For the defendant in error, *Hobart Tuttle.*

PER CURIAM.

The judgment under review herein will be affirmed, for the reasons set forth in the opinion of Mr. Justice Garretson in the Supreme Court.

*For affirmance*—SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VROOM, GREEN, DILL, J.J.  8.

*For reversal*—THE CHANCELLOR, BOGERT, J.  2.